UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SUSAN YOUNG,

               Plaintiff,  :  09 Civ. 9811 (RJH)(THK)

   -against-

                          :  **AMENDED SCHEDULING ORDER**

HARTFORD LIFE,

               Defendant.
------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

    This case has been referred to this Court for general pretrial supervision. Having held a discovery conference with the parties; it is hereby ORDERED:

    1. All pretrial discovery in this matter shall be completed by November 15, 2010.

                                    SO ORDERED.

                                    _____
                                    Theodore H. Katz
                                    United States Magistrate Judge

Dated:    September 2, 2010
             New York, New York