# Sedgwick
### DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*www.sdma.com*   212.422.0202 *phone*   212.422.0925 *fax*

September 30, 2010

*Via Facsimile ((212) 805-7948)*

Hon. Richard J. Holwell, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/10

(212) 898-4011
michael.bernstein@sdma.com



SEP 30 2010

Re:  *Susan A. Young* v. *Hartford Life And Accident Insurance Company et al.*
     Civ. Act. No.  09 Civ. 9811 (RJH)(THK)
     Our File No.: 02489-000044

Dear Judge Holwell:

This office represents Defendants Hartford Life And Accident Insurance Company ("Hartford") and Continental Casualty Company in the above noted matter. We write on behalf of all parties to confirm that the September 30, 2010 date for the filing of summary judgment motions and for submission of a pre-trial order set in the Court's Scheduling Order issued on February 16, 2010 is adjourned until completion of discovery.

The Court recently issued an order extending the time to complete discovery from July 30, 2010 to November 15, 2010. (Doc. No. 15). Counsel for all parties are in agreement that the date for the filing of summary judgment motions and a joint pre-trial order should also be extended as a result. Accordingly, we request that the time to for the parties to file summary judgment motions and/or joint pre-trial orders be extended until ~~sixty days after the close of discovery~~ Jan 15, 2011.

Thank you for your consideration of this matter.

SO ORDERED
[signature]
USDJ
10/4/10

Respectfully submitted,

[signature]

Michael Bernstein
Sedgwick, Detert, Moran & Arnold LLP

cc:   Scott M. Riemer, Esq. (via facsimile)
      Hon. Theodore H. Katz, U.S.M.J. (via facsimile [(212) 809-7932])

NY/602130v1