

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
(212) 898-4011
*michael.bernstein@sdma.com*

October 15, 2010



*Via Regular Mail*
Hon. Theodore H. Katz
United States Magistrate Judge
United States District Court For The
Southern District Of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Susan A. Young* v. *Hartford Life And Accident Insurance Company et al.*
    Civ. Act. No. 09 Civ. 9811 (RJH)(THK)
    File No.: 02489-000044

Dear Judge Katz:

This office represents Defendants Hartford Life And Accident Insurance Company ("Hartford") and Continental Casualty Company in the above noted matter. We write on behalf of all parties to request an additional extension of the time to complete discovery to allow sufficient time to complete two depositions which are to be taken in Florida.

This would be the second request for an extension of the discovery schedule. The first request to extend the time to complete discovery was initially requested and granted by the Court, extending the discovery schedule from July 30, 2010 to November 15, 2010, when a discovery dispute arose, which the Court resolved on September 2, 2010. (Doc. No. 15). We respectfully request that the Court extend the time to complete discovery to December 24, 2010. By Order dated October 4, 2010, the Court granted a request for an extension of the time for the parties to file dispositive motions to January 15, 2011. The extension of the discovery schedule will not affect the time to file summary judgment motions.

Thank you for consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

cc:  Scott M. Riemer, Esq.
     Hon. Richard J. Holwell, U.S.D.J.

*The discovery deadline is extended to December 24, 2010. No further extensions will be granted.*

10/20/10

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

NY/603819v1