**Sedgwick**
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

(212) 898-4011
michael.bernstein@sdma.com

December 13, 2010

*Via Facsimile ((212) 805-7948)*

Hon. Richard J. Holwell, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

Re: *Susan A. Young v. Hartford Life And Accident Insurance Company et al.*
Civ. Act. No. 09 Civ. 9811 (RJH)(THK)
Our File No.: 02489-000044



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/10

Dear Judge Holwell:

This office represents Defendants Hartford Life And Accident Insurance Company and Continental Casualty Company in the above noted matter. We write to request a two-week extension of time for the parties to file summary judgment motions from January 15, 2011 (a Saturday) to January 28, 2011.

The Court previously extended the parties' time file summary judgments to January 15, 2011 once an order was entered to extend the time to complete discovery in this matter. (Doc. No. 17). However, plaintiff's counsel, Scott Riemer, Esq., and I will both be in Florida on January 13 and 14, 2011 attending and presenting at an ABA conference. Counsel for all parties are in agreement that the date for the filing of summary judgment motions should be extended to address this schedule conflict. Accordingly, we respectfully request that the time for the parties to file summary judgment motions be extended to January 28, 2011.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael Bernstein
Sedgwick, Detert, Moran & Arnold LLP

cc:   Scott M. Riemer, Esq. (via facsimile)

*The briefing schedule is extended by two weeks.*

*SO ORDERED*
*[signature]*
*USDJ*
*12/16/10*

NY/625918v1