Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN A. YOUNG                                        09 CV 9811 (RJH)(THK)

                        Plaintiff,

      -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and CONTINENTAL
CASUALTY COMPANY,

                        Defendants.
-----------------------------------------------------------------X

### UNOPPOSED MOTION TO SEAL DISCOVERY DOCUMENTS SUBJECT TO THE PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL

      Plaintiff, Susan A. Young ("Young"), by counsel, hereby moves this Court to seal the documents produced to plaintiff pursuant to the Stipulated Protective Order Regarding Confidentiality of Discovery Material, entered September 28, 2010) (Ex. D), which are being filed as Exhibits A through C of the Affirmation of Scott M. Riemer, dated February 10, 2011 filed in support of plaintiff's motion for summary judgment, in order to prevent public disclosure of personal data identifiers and other confidential information. Counsel for Defendant does not oppose this motion.

      WHEREFORE, Plaintiff requests that the Court enter an order allowing Exhibits A through C of plaintiff's motion for summary to be filed under seal.

Dated: New York, New York
       February 10, 2011

                                                 RIEMER & ASSOCIATES LLC
                                                 Attorneys for Plaintiff
                                                 60 East 42nd Street, Suite 1750
                                                 New York, New York  10165
                                                 (212) 297-0700
                                                 sriemer@riemerlawfirm.com

                                                 By: /s/ Scott M. Riemer
                                                     Scott M. Riemer (SR5005)

TO:

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold
125 Broad Street
39th Floor
New York, NY  10004-2400
212-898-4011