USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN A. YOUNG,                                                         09 CV 9811 (RJH)(THK)

                              Plaintiff,                   STIPULATION
                                           FOR FILING DOCUMENTS
        -against-                                                          UNDER SEAL

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and CONTINENTAL
CASUALTY COMPANY,

                              Defendant.
-----------------------------------------------------------------X

       WHEREAS, on September 28, 2010, the parties entered into a stipulated protective order which was so ordered by the Court;

       WHEREAS, Hartford has produced documents to plaintiff pursuant to such protective order;

       WHEREAS, it is the contention of Hartford that the produced documents and information contained in these documents contain confidential, business sensitive information and confidential personal employee information that should not be disclosed to the public.

       WHEREAS, it is the contention of Hartford that the produced documents relate to employee information that is protected from public disclosure by federal and state privacy laws, including CONN. GEN. STAT. §31-128f.

       IT IS, THEREFORE, ORDERED, that the documents attached as Exhibits A through C of the Affirmation of Scott M. Riemer, dated February 10, 2011, filed in support of plaintiff's motion for summary judgment, are to be filed under seal and remain subject to the protections of the stipulated protective order.

NY/628686v1

Dated: New York, New York
February 10, 2011

*[signature]*

---

Michael H. Bernstein (MB0579)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

*[signature]*

---

Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES
60 East 42nd Street, Suite 1750
New York, NY 10165

IT IS SO ORDERED:

*[signature]*

---

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

DATED: 2/14/11

2

NY/628686v1