# Sedgwick
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

John T. Seybert
john.seybert@sdma.com

February 14, 2011

*Via Hand Delivery*

Hon. Richard J. Holwell, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312



Re: *Susan A. Young v. Hartford Life And Accident Insurance Company et al.*
   Civ. Act. No. 09 Civ. 9811 (RJH)(THK)
   Our File No.: 02489-000044

Dear Judge Holwell:

This office represents Defendants Hartford Life And Accident Insurance Company ("Hartford") and Continental Casualty Company in the above noted matter. Pursuant to your Honor's Individual Rules, on February 11, 2011 Hartford filed, *via* ECF, the documents served upon Plaintiff. However, Exhibit "D" consists of surveillance video footage stored on one CD. As it is not possible to file this Exhibit *via* ECF, it is respectfully requested that this Court so order that this Exhibit be filed *via* hand-delivery to the Court Clerk. Copies of this surveillance video have been provided to all counsel in this action, and a courtesy copy has been provided to the Court.

Respectfully submitted

John T. Seybert
Sedgwick, Detert, Moran & Arnold LLP

Enclosure

cc:   Scott M. Riemer, Esq.

**SO ORDERED**

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/15/11

NY/654243v1