Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUSAN A. YOUNG,                                    09 CV 9811 (RJH) (THK)

                    Plaintiff,                      AFFIRMATION OF
                                              SCOTT M. RIEMER

        -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and CONTINENTAL
CASUALTY COMPANY,

                    Defendant.
------------------------------------------------------------------X

        SCOTT M. RIEMER, an attorney duly admitted to practice in the Courts of this

State, does hereby affirm to be true under the penalties of perjury as follows:

        1.      I am counsel for plaintiff in the above-referenced action.  I submit this affirmation

in opposition to Hartford's motion to for summary judgment.

        2.      Attached hereto as Exhibit K are true and correct copies of the performance

appraisals produced by Hartford in the case of *Jacoby v. Hartford Life and Accident Insurance

Company*, 07 CV 4627.  The documents were produced pursuant to court order on January 23,

2009.  *See, Jacoby v. Hartford*, 2009 U.S. Dist. LEXIS 6498 (S.D.N.Y. Jan. 23, 2009)(Kaplan,

J.).  Although the documents are not confidential or subject to a protective order, I have redacted

the last name of the Hartford employee, who is a Rehabilitative Clinical Case Manager. .

        3.      Attached hereto as Exhibit L are true and correct copies of the organizational

charts produced by Hartford in the *Jacoby* case.

4.　　　　Attached hereto as Exhibit M are true and correct copies of descriptions of

Hartford's Business Performance Award and Individual Performance Award programs.  The

documents in Exhibit M were also produced in *Jacoby*.  The documents are stamped

"confidential," but the documents were produced without any such protection.

5.　　　　Attached hereto as Exhibit N is a true and correct copy of Hartford's Rule 26(a)

Disclosure Statement, dated March 3, 2010.  Hartford did not serve any updates to the Disclosure

Statement.

WHEREFORE, Hartford's motion should be denied in its entirety.

Dated: New York, New York
　　　　 February 25, 2011

/s/Scott M. Riemer_____
SCOTT M. RIEMER (SR5005)

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on February 25, 2011 I served a true and complete copy of the foregoing Affirmation in Opposition to Summary Judgment by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

        Michael H. Bernstein
        Sedgwick Detert Moran & Arnold LLP
        125 Broad Street, 39th Floor
        New York, New York 10004-2400
        Tel.: (212) 422-0202
        Fax: (212) 422-0925
        *Attorneys for Defendant*
        *Hartford Life Group Insurance Company*

I also certify that this document filed through the ECF system will be sent electronically to all registered participants on February 25, 2011.

Dated: New York, New York
   February 25, 2011

        /s/Scott M. Riemer
        Scott M. Riemer