

PLAINTIFF EX. L, p. 1

HAR 01654



# AVP Risk Management and Business Program Lead

Group Benefits

Date  January 2009



PLAINTIFF EX. L, p. 2

Case 1:09-cv-09811-RJH-THK   Document 42-2   Filed 02/25/11   Page 3 of 3



HAR 02302

PLAINTIFF EX. L, p. 3