**Sedgwick**
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

(212) 898-4011
michael.bernstein@sdma.com

February 23, 2011

*Via Facsimile*

Hon. Richard J. Holwell, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/11

Re: *Susan A. Young v. Hartford Life And Accident Insurance Company et al.*
    Civ. Act. No. 09 Civ. 9811 (RJH)(THK)
    Our File No.: 02489-000044

Dear Judge Holwell:

This office represents Defendants Hartford Life And Accident Insurance Company ("Hartford") and Continental Casualty Company in the above noted matter. We write on behalf of all parties to request an extension of the time to file reply papers on the pending summary judgment motions from March 4, 2011 to March 11, 2011.

Pursuant to Local Rule of Civil Procedure 6.1(b), the parties are required to file their respective reply papers within a week from February 25, 2011, which is March 4, 2011. Counsel for both parties are scheduled to complete two depositions next week in another matter in Hartford, CT and Syracuse, NY. Accordingly, there are a limited number of days in which either counsel will have an opportunity to complete a response. This is the parties' first request for an extension of the time to file reply papers.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/jtscc:   Scott M. Riemer, Esq. (via facsimile)

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/25/11

NY/655023v1