UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN A. YOUNG,                                    Civ. Act. No.: 09-CV-9811 (RJH)

                Plaintiff,

    -against-                                  **AMENDED CERTIFICATE OF SERVICE**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and CONTINENTAL        DOCUMENT
CASUALTY COMPANY,                                  ELECTRONICALLY FILED

                Defendants.
------------------------------------------------------------X

      I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May 4, 2011, upon the following:

           Scott M. Riemer, Esq.  (SR 5005)
           RIEMER & ASSOCIATES LLC
           60 East 42nd Street, Suite 2430
           New York, New York 10165
           Tel.:  (212) 297-0700

Dated: New York, New York
       May 5, 2011

                Respectfully submitted,

                s/
                _____
                MICHAEL H. BERNSTEIN (MB-0579)
                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                125 Broad Street, 39th Floor
                New York, New York 10004
                T: (212) 422-0202
                F: (212) 422-0925
                michael.berstein@sdma.com
                *Attorneys for Defendants*

NY/699526v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **AMENDED CERTIFICATE OF SERVICE** was served **via ECF** on May 5, 2011, upon the following:

>Scott M. Riemer, Esq.  (SR 5005)
>RIEMER & ASSOCIATES LLC
>60 East 42nd Street, Suite 2430
>New York, New York 10165
>Tel.:  (212) 297-0700

Dated: New York, New York
May 5, 2011

s/ _____
MICHAEL H. BERNSTEIN (  )