UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

SUSAN A. YOUNG

        Plaintiff,

Case No.  09-cv-9811 (RJH)

-against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY et al     Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS 5014    My State Bar Number is 3012705

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
             FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
             FIRM TELEPHONE NUMBER: 212-422-0202
             FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
             FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
             FIRM TELEPHONE NUMBER: 212-422-0202
             FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  April 29, 2011                    s/_____
                                          ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via Regular Mail on April 29, 2011 and ECF on 25th day of May, 2011, upon the following:

Scott M. Riemer, Esq. (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
Telephone: (212) 297-0700
*Attorneys for Plaintiff*

s/ _____
John T. Seybert (JS 5014)

Dated:   New York, New York
         May 25, 2011

1

NY/698631v1