UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SUSAN A. YOUNG,

                Plaintiff,

-against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and CONTINENTAL
CASUALTY COMPANY,

                Defendants.
----------------------------------------------------------X

Civ. Act. No.: 09-CV-9811 (RJH)

**NOTICE OF MOTION TO SEAL THE EXHIBITS ANNEXED TO THE DECLARATION OF LESLIE T. SOLER**

DOCUMENT
ELECTRONICALLY FILED

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law simultaneously filed herewith and upon all prior pleadings and hearings previously had herein, the defendants, Hartford Life And Accident Insurance Company and Continental Casualty Company, by their attorneys, Sedgwick, Detert, Moran & Arnold LLP, will move this Court at a date and time to be designated by the Court, before the Hon. Richard J. Howell, U.S.D.J. at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 17B, New York, New York 10007, for an Order sealing the exhibits annexed to the Declaration of Leslie T. Soler dated February 9, 2011, which consist of confidential, commercially sensitive, information and trade secrets, and for any further relief this Court deems just and proper.

Dated:  New York, New York
         February 11, 2011

**Application granted.**

**SO ORDERED**

_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

9/21/11

Respectfully submitted,
SEDGWICK, DETERT, MORAN & ARNOLD LLP
s/_____
MICHAEL H. BERNSTEIN
JOHN T. SEYBERT
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 898-4028
*Attorneys for Defendants*
*Hartford Life Group Insurance Company* and
*Continental Casualty Company*
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/11

NY/654191v1                1