USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SUSAN A. YOUNG,

                      Plaintiff,                    09 CIVIL 9811 (RJH)

       -against-                          **JUDGMENT**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.,
                      Defendants.
-----------------------------------------------------------X

Young having moved for summary judgment, and Hartford having cross-moved for summary judgment, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on September 23, 2011, having rendered its Memorandum Opinion and Order denying Young's motion for summary judgment, granting Hartford's cross-motion for summary judgment, and granting Hartford's motion to strike, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 23, 2011, Young's motion for summary judgment is denied; Hartford's cross-motion for summary judgment is granted; and Hartford's motion to strike is granted.

**Dated:** New York, New York
         September 26, 2011

                                              RUBY J. KRAJICK
                                                   Clerk of Court
                                     BY:
                                                     Deputy Clerk

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON _____