RIEMER & ASSOCIATES LLC
Attorney for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 5 OCT 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN A. YOUNG,

       Plaintiff,

  -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY et. al.,

       Defendants.
------------------------------------------------------------X

09 CV 9811 (RJH)

NOTICE OF
APPEAL

  Notice is hereby given that plaintiff SUSAN A. YOUNG hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the United States District Court for the Southern District of New York, entered in this action on September 26, 2011.

Dated: New York, New York
   October 25, 2011

          RIEMER & ASSOCIATES LLC
          Attorneys for Plaintiff
          60 East 42nd Street, Suite 1750
          New York, New York 10165
          (212) 297-0700

          By: _____
            Scott M. Riemer (SR5005)

TO: Michael H Bernstein, Esq.
   Sedgwick, Detert, Moran & Arnold
   125 Broad Street, 39th Floor
   New York, NY 10004-2400
   212-898-4011

